UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| RAVEN LANE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 23-84-GF-BMM |
| vs. | |
| RICHARD CANTRELL, et al., | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 5, 2024 (Doc. 10), this action is DISMISSED as moot.

Dated this 5th day of March, 2024.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk